[No. 65545-1-I.   Division One.   August 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON ANTHONY BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01423-4, George F.B. Appel, J., entered May 13, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Ellington, JJ.

[No. 65645-7-I.   Division One.   August 29, 2011.]

ZAYNAB FAROLE, *Appellant*, v. CHANDA PRATT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-21160-6, Cheryl B. Carey, J., entered May 21, 2010. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[Nos. 65707-1-I; 65900-6-I;   Division One.   August 29, 2011.]
65901-4-I; 65902-2-I;
65903-1-I; 65904-9-I;
65905-7-I; 65906-5-I;
65907-3-I; 65908-1-I;
65909-0-I.

*In the Matter of the Dependency of* A.P. ET AL.

ANDREA LISTER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 09-7-01644-3, Joan E. DuBuque, J., entered July 23, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Lau, J.